**Saint Vincent Family Medicine Center**
2314 Sassafras Street Suite 200  Erie, PA 16502
814-454-4484  Fax: 814-452-1809

*December 1, 2005*
Page 2
Chart Document

**JOHN P LEONARDOS, SR**                                   Home: (814)455-3825 Office: 459-0606
Male DOB:01/30/1940               1037665                  Ins: MEDICARE (81)

## Risk Factors
Year quit smoking: 2000
working on smoking cesation

## Vital Signs
T: 96.8 deg F.  T site: **tympanic**  BP: **188/90**
repeat  154/82

## Physical Examination
**Constitutional:** Alert, no acute distress, well hydrated.
**Skin:** no rashes.
**Neck:** no thyroid tenderness or nodules, no carotid bruits.
**Cardiovascular:** RRR, no murmurs, peripheral pulses intact.
**Respiratory:** No respiratory distress, no accessory muscle use, clear to auscultation.
**Abdomen:** soft, no hepatosplenomegaly.
**Extremities:** LEFT KNEE : Warm and swollen
   he wants drained , se and risks reviewed
**PROCEDURE :** under sterile conditions   aspiriated 30 cc straw colored fluid
   medial space and injected 40 cc Kenalog
   dressed , care reveiwed
**Neurol:** motor intact, station & gait normal.
**Psych:** normal interaction, good eye contact.

## Assessment
**Status of Existing Problems:**
CVA WITH RIGHT HEMIPARESIS Improved - Mark Masteller DO
HYPERTENSION, BENIGN ESSENTIAL Deteriorated - Mark Masteller DO
HYPERLIPIDEMIA, MIXED Unchanged - Mark Masteller DO
DISORDER, TOBACCO USE Unchanged - Mark Masteller DO
DIABETES MELLITUS Unchanged - Mark Masteller DO
History of GOUT NOS Deteriorated - Mark Masteller DO
History of CA IN SITU, BLADDER Improved - Mark Masteller DO
RENAL COLIC Improved - Mark Masteller DO
RENAL INSUFFICIENCY Improved - Mark Masteller DO

**Impressions:** LEF TKNEE  Gouty arthritis
  drained and injected  stoerid
  continue colchicine  as able
  when better   restart  allopurinol , but cross over while on cholchicine  for a week or two
  would like to avoid nsiads w  DM / HTN

HTN  no t well controlled
 just restarted   lisinopril
  INC this to 40  mg a day  to better control
  CLOSE FOLLOW UP needed
  call i home BP ove 160

**Saint Vincent Family Medicine Center**
2314 Sassafras Street Suite 200  Erie, PA 16502
814-454-4484  Fax: 814-452-1809

December 1, 2005
Page 1
Chart Document

**JOHN P LEONARDOS, SR**
Male  DOB:01/30/1940                     1037665

Home: (814)455-3825  Office: 459-0606
Ins: MEDICARE (81)

**12/01/2005 - Office Visit**
Provider: Mark Masteller DO
Location of Care: Saint Vincent Family Medicine Center

## Office Visit

### Allergies
No Known Allergies

### History of Present Illness
History of Present Illness: Kne pain  very  bad  yesterday
  tood colchicine q 2 hours   until D
  pain yesterday 10/10   today    7/10
  still swollen

labs reviewed
  Cr good Hga1c  7
  restarting  Meformin and  Lisinopril
  will tritirate lisinopril UP w  elve BP still

he has a history of  Stroke and Blood Pressure  elevated now and not well controlled
 he does require  contiued close monitoring and medication titration
 health is in Jeaopardy  at this point

he is suffering with a lot of gouty pai presently and suffering quite a bit
  ambulation difculty w left knee gouty arthritis , he is not amulating without  a crutch righ t now do
 to  pain he is exeperiencing

he has a histeroy of bladder cancer requiring  monitoring w urologist on a regular basis

### Past, Surgical, Family, and Social History
Past History: RHM :       Colononscopy 8/03                 PSA 1.71   3/03      2./26 on
8/05                     GOUT
HYPERCHOLESTEROL        3/03 : C 261 , H 27 , L - , T 1318
TOBACCO
Bladder  carcioma in situ -Dulabond  sees  regularly
hx  colon polyps  - colorectal
CVA              Renal stones

Past Surgical History:
          last  hgA1c  = 7.0   11/05
Family History: F died 62 MI
M well at 92

Social History: tobacco
alcohol
Waterfront restraunt owner  now   out     of business       12/6/05 for  9 mo fed prison

**Saint Vincent Family Medicine Center**
2314 Sassafras Street Suite 200  Erie, PA 16502
814-454-4484  Fax: 814-452-1809

*December 1, 2005*
Page 3
Chart Document

**JOHN P LEONARDOS, SR**
Male DOB:01/30/1940                          1037665

Home: (814)455-3825 Office: 459-0606
Ins: MEDICARE (81)

   may add clonidine PRN

DM
  needs cleose follow up
  just restarted Metformin so will neeed repeat labs and creatine soon

with hx of stroke also veyr worried about BP
  Close OUTPT FOLLOW UP needed

**Plan**
**Updated Medication List:**
ALLOPURINOL TABS 300 MG (ALLOPURINOL) 1 po qd
LOPID 600 MG TAB (GEMFIBROZIL) 1 po bid ac
TENORETIC 100 100-25 MG TABS (ATENOLOL-CHLORTHALIDONE) 1 po daily
ASPIRIN 325 MG EC TAB (ASPIRIN) daily
COLCHICINE 0.6 MG TABS (COLCHICINE) 1 po q 2hours until diarrhea for gout
LISINOPRIL 10 MG TABS (LISINOPRIL) 1 po daily
METFORMIN HCL 500 MG TABS (METFORMIN HCL) 1 po bid
INDOMETHACIN 50 MG CAPS (INDOMETHACIN) 1 capsule po TID with food

this note given to pt for attny
do to go to federal prison 12/6
  would suggest delay until medical problmes more stable

]

**Signed by Mark Masteller DO on 12/01/2005 at 4:05 PM**