IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-15 (Erie) |
| v. | )    26 U.S.C. §7201 -Tax Evasion |
| | ) |
| JOHN P. LEONARDOS | ) Electronically Filed |
| | ) |

## ORDER OF COURT

AND NOW, to-wit, this ___5th___ day of December, 2005, upon consideration of the defendant's Motion to Enlarge the Time Period in Which to Report to the FCI at Morgantown, West Virginia, it is hereby ORDERED, ADJUDGED and DECREED that the report date shall be enlarged from December 6, 2005 to January 7, 2006 for the reasons set forth in the foregoing motion regarding the defendant's present health condition.

BY THE COURT,

_____
Maurice B. Cohill, Senior Judge