IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-15  (Erie) |
| v. | )           26 U.S.C. §7201 -Tax Evasion |
| | ) |
| JOHN P. LEONARDOS | ) Electronically Filed |
| | ) |

## APPEARANCE

Enter my appearance on behalf of the above named defendant, John P. Leonardos.

Respectfully submitted,

**AMBROSE, FRIEDMAN and WEICHLER**


s/  Leonard G. Ambrose, III
       Leonard G. Ambrose III, Esquire
       Attorney for Defendant
       319 West 8th Street
       Erie, Pennsylvania  16502
       814/452-3069
       Supreme Court I.D. # 18824