IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) Criminal No. 04-15 (Erie) |
| v. | )      26 U.S.C. §7201 -Tax Evasion<br>) |
| JOHN P. LEONARDOS | ) Electronically Filed<br>) |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of January, 2006, upon consideration of the defendant's Motion to Enlarge the Time Period in Which to Report to the FCI at Morgantown, West Virginia, it is hereby ORDERED, ADJUDGED and DECREED that the report date shall be enlarged from January 7, 2006 to February 21, 2006 for the reasons set forth in the foregoing motion regarding the defendant's wife's medical condition at this time.

BY THE COURT,

_____
Maurice B. Cohill, Senior Judge