# Orthopaedic and Sports Medicine of Erie

300 State Street • Suite 400A • Erie, Pennsylvania 16507 • (814) 454-8287 • FAX (814) 454-8470

Nick Stefanovski, M.D.
Gary J. Cortina, M.D.
David M. Babins, M.D.
James A. DeLullo, M.D.
Jeffrey A. Nechleba, M.D.
Kathy Sullivan, PA-C
Marjorie A. Adamus, PA-C

January 4, 2006

To Whom It May Concern:

Re:   John Leonardos
      Wendy Leonardos

Wendy Leonardos is a patient who I am currently treating for a right hip fracture. The patient underwent a right closed reduction and percutaneous pinning of the right hip on 12-21-05. The patient is non-weight bearing and requires assistance to perform basic activities of daily living. The patient has no other family members available to help with these and it is my opinion that the patient will require assistance for at least the next four to six weeks.

It is my understanding that Mr. Leonardos is scheduled to report to federal prison in two weeks. At this time I am requesting that his report date be delayed for about four weeks. Because Mrs. Leonardos is unable to bear weight on her right lower extremity, she will require assistance for basic activities of daily living until she can at least begin to weight bear.

I hope that you will take the above into consideration when making your determination on allowing Mr. Leonardos to care for his wife until she is able to care for herself again. Please feel free to contact me should you have any questions or concerns.

Sincerely,

Jeffrey A. Nechleba, M.D.

JAN:tb